IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH ANN NOVAK, | : | No. 3:17cv963 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| NANCY A. BERRYHILL, | : | |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 9th day of November 2018, it is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 18) is **NOT ADOPTED**;

2) The plaintiff's objection to the report and recommendation (Doc. 19) is **SUSTAINED**;

3) The plaintiff's social security appeal is **GRANTED** and the Clerk of Court is directed to remand this case to the Commissioner for the award of benefits as set forth in the accompanying memorandum; and

4) The Clerk of Court is directed to enter judgment in favor of the plaintiff and against the defendant.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**